United States District Court
Southern District of Texas
ENTERED
JUL 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 17 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-110 |
| M/V MIGHTY SERVANT 2, ET AL. | § | |

## ORDER ON JOINT MOTION FOR CONTINUANCE

On this 17th day of July 1998, the Court considered the Joint Motion for Continuance.

The Court, having considered the Motion, finds that it is well-taken.

IT IS ORDERED that the dates set in the Order of March 26, 1998 are hereby passed.

IT IS FURTHER ORDERED that the Court extend the deadlines as follows:

The Joint Pretrial Order is due on September 29, 1998.

The final pretrial and settlement conference is set for September 29, 1998 at 2:00 P.M. before Magistrate Judge John Wm. Black.

The final pretrial is set for October 1, 1998 at 8:30 A.M. before Judge Filemon B. Vela.

Trial on the merits will be during October 1998.

DONE at Brownsville, Texas, this 17th day of July, 1998.

_____
John Wm. Black
United States Magistrate Judge