

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CIVIL ACTION NO. B-97-110 |
| M/V MIGHTY SERVANT 2, ET AL. | § § § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME:

**JANUARY 29, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 28, 1998

TO:     MR. DAMON MILLER
        MR. DANIEL D. HU
        MS. NANCY MASSO
        MR. JAMES P. COONEY
        MR. KEITH N. UHLES

ClibPDF - www.fastio.com