25

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiff § § VS. § § M/V MIGHTY SERVANT 2 § (I.M.O. NO. 8130887), § Her Engine, Apparel, Tackle § Appurtenances, etc., IN REM, § § AND § § MIGHTY SERVANT 2 N.V., § in personam, § Defendants § | C.A. No. B-97-110 In Admiralty Pursuant to Rule 9(h) of the Fed.R.Civ.P. |

## ORDER OF DISMISSAL

On the 20th day of January, 1999, the parties filed a Joint Stipulation of Dismissal. Having considered such stipulation, all pleadings on file and the applicable law, it is the opinion of the Court that said Stipulation is in order and the case should, therefore, be dismissed; it is, therefore,

**ORDERED, ADJUDGED and DECREED** that Plaintiff's causes of action against Defendants are dismissed with prejudice with costs to be borne by the party incurring the same.

DONE AND ENTERED on this 25th day of January, 1999 at Brownsville, Texas.

UNITED STATES DISTRICT JUDGE